NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**HENRYK OLEKSY,**
*Plaintiff-Appellant*

**v.**

**GENERAL ELECTRIC COMPANY,**
*Defendant-Appellee*

**ALIN MACHINING COMPANY, INC., DBA POWER PLANT SERVICES CORPORATION,**
*Defendant*

———————————

2017-2225

———————————

Appeal from the United States District Court for the Northern District of Illinois in No. 1:06-cv-01245, Judge Virginia M. Kendall.

———————————

**JUDGMENT**

———————————

SLAWOMIR ZBIGNIEW SZCZEPANSKI, Chicago, IL, argued for plaintiff-appellant.

MARLA BUTLER, Robins Kaplan LLP, Minneapolis, MN, argued for defendant-appellee. Also represented by

BRENDA L. JOLY; SANG YOUNG A. BRODIE, General Electric Company, Niskayuna, NY.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, BRYSON, and STOLL, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 9, 2018     /s/ Peter R. Marksteiner
    Date          Peter R. Marksteiner
                  Clerk of Court